HENRY TRAPHAGEN, EXECUTOR, &c., OF JOHN LEVY, DE-CEASED, PLAINTIFF IN ERROR, v. ARTHUR HOUSTON, DEFENDANT IN ERROR.

In error to the Hudson Circuit.

For the plaintiffs in error, *T. N. McCarter*.

For the defendant in error, *G. Collins*.

PER CURIAM.

We find no error in the record in this case. The judgment will be affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, COLE, MCGREGOR, WHITAKER. 12.

*For reversal* — None.